UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **COSEA BELL #318282,** <br> **Plaintiff** | **CIVIL DOCKET NO. 1:22-CV-01128** <br> **SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **STATE PRISON OFFICIALS, ET AL.** <br> **Defendants** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 28), and after an independent review of the record including the Objection filed by Plaintiff (ECF No. 32), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the civil rights Complaint and Amended Complaints (ECF Nos. 8, 16, 17, 20) are **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE in Chambers this ___ day of April 2023.

Robert R. Summerhays
United States District Judge